# PAUL ENGH

**(612) 252-1100**

**LAWYER**

**SUITE 215**
**220 SOUTH SIXTH STREET**
**MINNEAPOLIS, MN 55402**
**FAX: (612) 339-7851**

October 25, 2010

The Honorable Joan N. Ericksen
Judge, United States District Court
United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415

RE: United States v. Lombard, 10-93-002 (JNE)

Dear Judge Ericksen,

Late last week, Government's argued for the first time that Mr. Lombard's
Wisconsin fleeing convictions, set out in PSR paras. 53 and 56, were also crimes
of violence.  Thus whatever this Court's interpretation of the already contested
escape conviction, PSR para. 61, the Government contends, Mr. Lombard remains
a career offender.  We disagree.

The Wisconsin statute to which Mr. Lombard pleaded guilty, Wisc. Stat. 346.04,
references not only willful and wanton disregard "so as to interfere with or
endanger" the officer, but also that a defendant may be convicted for a mere
"increase [in] speed of the operator's vehicle."  Such an increase need not
endanger anyone, of course.  In light of the statute's optional language, a
categorical determination of violence is not possible to make.  United States v.
Furqueron, 605 F.3d 612, 614-615 (8th Cir. 2010).

There is a split in the Circuits as to whether Mr. Lombard's kind of fleeing
(featuring abject speed) is necessarily a crime of violence.  The Seventh, among
others, holds that it is.  United States Dismuke, 593 F.3d 582, 588-92 (7th Cir.
2010).  But the Eighth Circuit differs.  United States v. Tyler, 580 F.3d 722 (8th
Cir. 2009) remains good law.  See United States v. Johnson, 601 F.3d 869, 873 (8th
Cir. 2010).  Our Circuit is joined by Eleventh.  United States v. Harrison, 558 F.3d
1280, 1291-1298(11th Cir. 2009)(interpreting a Florida fleeing statute with nearly

Letter to Judge Ericksen, page 2

the same language as Wisconsin's to be a non-violent felony).

The case law may be in flux, but it still favors Mr. Lombard.  For these reasons, we continue to oppose the Government's position <u>vis-a-vis</u> the career offender designation.

Sincerely yours,

/s/ Paul Engh

Paul Engh

PE/cm
cc: Andrew Dunne
　　 Derek Lombard
　　 Steve Smith
　　 DeeDee Thaisen