# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | |
| v. | Case No:          10cr93(2)(JNE/AJB) |
| | Date:              October 26, 2010 |
| Derek William Lombard (2), | Court Reporter:   Maria Weinbeck |
| Defendant. | Time Commenced:  9:13 |
| | Time Concluded:   10:05 |
| | Time in Court:    0 Hours & 52 Minutes |

Defendant's true name if different from charging instrument:
☐ Parties ordered to file stipulation or proposed order for name change.
☐ Clerk of Court is directed to change name to:

Before Joan N. Ericksen, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

   For Plaintiff:     Andrew S. Dunne
   For Defendant:  Paul C. Engh and Stephen L. Smith   ☐ FPD  ☐ CJA  ☐ Retained  ☐ Appointed

Interpreter/Language: /

☐ **Evidentiary Hearing** (only select if witness list filed)

☒ **Sentencing.**

☐ Hearing held on objections to the presentence report.

IT IS ORDERED:

Defendant is sentenced to:

| Count. No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 1 | Y | | 132 months | | 3 years | | |

Said terms to run  ☐ concurrently   ☐ consecutively

☒ Special conditions of :

**See J&C for special conditions**

☒ Defendant sentenced to pay:
☐ Fine in the amount of $.
☒ Restitution in the amount of $14,385.84.
☐ Costs of prosecution in the amount of $ to be paid .
☒ Special assessment in the amount of $100 to be paid .

☐ Plea and plea agreement accepted.
☐ Execution of sentence of imprisonment suspended until.
☐ Defendant released pending execution of sentence of imprisonment on same terms and conditions as previously released.
☐ Execution of sentence of fine suspended.
☐ On Motion of the Gov't., the indictment in is dismissed as to this defendant only.
☐ Motion for departure is    ☐ granted     ☐ denied.
☒ Defendant remanded to the custody of the U.S. Marshal.
☒ Defendant advised of deadline to appeal.

s/bsc  
Law Clerk